IN THE UNITED STATES DISTRICT COURT OF MARYLAND
BALTIMORE DIVISION

**MARINA SHWARTZ**, et al

 Plaintiff

VS

**BALTIMORE COUNTY GOVERNMENT,** et al

 Defendant

Case No.: 1:23-cv-00771-RDB

## RESPONSE TO NOTICE OF REMOVAL

NOW COMES, Marina M. Shwartz, and Abraham Shwartz , "Plaintiffs'", by their attorneys KIM PARKER, ESQUIRE and THE LAW OFFICES OF KIM PARKER, P.A., and files this Response to the Defendant's Notice of Removal and for reasons state:

1. The Defendants correctly state that Plaintiffs' filed the instant case on September 13, 2022, in the Circuit Court of Maryland for Baltimore County.

2. The Defendants have erroneously stated that the other Defendants have not been served. A rudimentary review of the documents filed in support of the Notice of Removal, in accordance with the rules demonstrates that Answers were filed, by counsel, for the remaining Defendants. The only parties that have not been served are the John Doe Officer Defendants, who have yet to be identified.

3. For the reasons stated in the Motion to Remand, which was filed contemporaneous with this response, this Court lacks jurisdiction as there is no Federal Question.

WHEREFORE, Plaintiffs' respectfully request that the Notice to Remove be rejected or otherwise denied for the reasons stated herein, and for those that may be apparent to the Court.

Respectfully Submitted,

  /s/ Kim Parker              
Kim Parker, Esquire
The Law Offices of Kim Parker, P.A.
Federal Bar No.: 23894
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
Fax: 410-234-2612
kp@kimparkerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Response to Notice of Remocal was served this 20th day of March, 2023, via the Court's ECF filing system to all counsel of record.

/s/ Kim Parker              
Kim Parker, Esq.
Counsel for Plaintiff