UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MARINA SHWARTZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | |
| BALTIMORE COUNTY, MARYLAND, et al. | * | Case No.: 1:23-CV-00771-RDB |
| Defendants. | * | |

## COUNTY DEFENDANTS' CONSENT MOTION TO WITHDRAW NOTICE OF REMOVAL

Defendants, Baltimore County Government, Baltimore County Officer #5600, and John Doe Officer ("County Defendants"), by and through undersigned counsel, and with the consent of all Plaintiffs and all other non-County Defendants, respectfully moves the Court to permit withdrawal of the County's Notice of Removal (ECF 1) ("Notice"), to remand the matter to Baltimore County Circuit Court, and to deny Plaintiff's Motion to Remand and for Sanctions (ECF 3) as moot.  The Notice was filed in error.

Respectfully Submitted,

JAMES R. BENJAMIN, JR.
County Attorney

_____/s/_____
Joseph D. Allen, Esq. (#20736)
Assistant County Attorney
Baltimore County Office of Law
400 Washington Avenue, Suite 219
Towson, Maryland 21204
Telephone: (410) 887-4374
jallen@baltimorecountymd.gov
*Attorney for County Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2023, a copy of the foregoing was filed in accordance with the Electronic Filing Requirement and Procedures as established by the U.S. District Court for the District of Maryland and served, via the Court's electronic filing system on all counsels of record.

_____/s/_____
Joseph D. Allen, Esq.